NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ROGER YOUMAN AND MARNEY MORRIS

---

### 2011-1136
### (Serial No. 09/313,532)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Roger Youman and Marney Morris move for a 60-day extension of time, until June 14, 2011, to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. The brief is due May 13, 2011. No further extensions.

FOR THE COURT

MAR 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Laurence S. Rogers, Esq.
     Raymond T. Chen, Esq.

     s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2011

JAN HORBALY
CLERK